# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ELWOOD HERTZOG, individually and on behalf of other similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> QUIBIDS, LLC; QUIBIDS HOLDINGS, LLC; AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.; and HSBC USA INC., <br><br> Defendants. | Case No. CIV-12-786-F |

## ORDER FOR HEARING

Before the court are the following motions, all filed on October 10, 2012:

1. Defendant HSBC USA Inc.'s Motion to Dismiss (doc. no. 53);

2. QuiBids Defendants' Motion to Dismiss (doc. no. 54);

3. QuiBids Defendants' Motion to Strike Class Allegations (doc. no. 55); and

4. Defendant American Express Travel Related Services Company, Inc.'s Motion to Dismiss (doc. no. 58).

The motions are set for hearing on May 8, 2013, at 9:00 a.m.

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

DATED this 8th day of March, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0786p018.wpd